IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY DONYALE THOMAS,

    Plaintiff,

v.

OFFICER KOESTER and
SERGEANT WITSCHEBER,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-145-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff's request for leave to proceed *in forma pauperis* on his claim under the Fourteenth Amendment for failure to state a claim on which relief may be granted and dismissing plaintiff's state-law claims without prejudice.

_Peter Oppeneer_      10/29/12
Peter Oppeneer, Clerk of Court      Date