IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY DONYALE THOMAS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-145-wmc

OFFICER KOESTER and
SERGEANT WITSCHEBER,

    Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff's request for leave to proceed *in forma pauperis* on his claim under the Fourteenth Amendment for failure to state a claim on which relief may be granted and dismissing plaintiff's state-law claims without prejudice.

*Peter Oppeneer*            10/29/12

Peter Oppeneer, Clerk of Court        Date